UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VERONICA GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIANCE HEALTH NETWORKS, INC.,<br><br>    Defendant. | Case No.  13-cv-05602-BLF<br><br>**ORDER VACATING OCTOBER 2, 2014 CASE MANAGEMENT CONFERENCE** |

On September 25, 2014, the parties in the above-captioned action filed with the Court a notice which stated that they have entered into a settlement. ECF 40. This case is presently scheduled for a Case Management Conference on October 2, 2014. In light of this settlement, and the parties' request that the Court set a period of sixty days within which the parties may file a stipulated dismissal of the action, *see* ECF 40 at 2, the Court hereby VACATES the October 2, 2014 Case Management Conference.

The parties shall have sixty days from the issue of this Order within which to file a dismissal of the action. Such a dismissal must be filed with the Court no later than November 25, 2014. If the parties do not file a dismissal by this date, the parties will appear for a Case Management Conference on December 11, 2014, at 1:30 P.M.

**IT IS SO ORDERED.**

Dated: September 26, 2014

_____
BETH LABSON FREEMAN
United States District Judge